NUMBER 13-07-133-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CITY OF ABRAM, ET AL., Appellants,


v.



CITY OF MISSION, TEXAS, Appellee. 

 ____________________________________________________________


On appeal from the 92nd District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Garza, Benavides, and Vela


Memorandum Opinion Per Curiam

 The appellants' brief in the above cause was due on May 16, 2008. On June 3,
2008, the Clerk of the Court notified appellants that the brief had not been timely filed and
that the appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this
letter, appellants reasonably explained the failure and the appellee was not significantly
injured by the appellants' failure to timely file a brief. To date, appellants have neither filed
their brief in this matter nor otherwise responded to the Court's notices.

 Appellants have failed to either reasonably explain their failure to file a brief, file a
motion for extension of time to file brief, or file their brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Memorandum Opinion delivered and

filed this the 29th day of August, 2008.